# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Denise Maras and Gary Maras, wife and husband, | Civil File No. 03-6191 (RHK/AJB) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Avis Rent A Car System, Inc. and Mohammed Doe, | |
| Defendants. | |

---

On reading the Stipulation (Doc. No. 41) filed on ECF:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby **DISMISSED WITH PREJUDICE,** on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 12, 2005

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge